**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

Plaintiff,

vs. 4:06-CV-144-SPM

CHARLES R. TRESCOTT,

Defendant,
_______________________________/

**ORDER REOPENING CASE AND STAYING PROCEEDINGS**

**THIS CAUSE** comes before the Court upon the Plaintiff's "Motion to Reopen and Set Aside Judgment" (doc. 9). After the issuance of Default Judgment, Plaintiff realized that Defendant may have a meritorious defense to the charge against him in this case. Specifically, Defendant's military service may qualify him for a waiver of the student loan debt at issue in this case. Therefore, Plaintiff requests that this Court set aside the default judgment in order to further investigate Defendant's claim that his student loan debt has been waived. Pursuant to Federal Civil Procedure Rule 60(b), the Court finds good reason to justify relief from judgment. Plaintiff also requests a stay of proceedings until the parties can resolve the question of Defendant's waiver eligibility. The Court finds this request reasonable.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to reopen case (doc. 9) is hereby *granted*.

2. The Clerk is directed to reopen this case.

3. This case shall be stayed until ***March 27, 2008***.

4. Plaintiff shall file a status report on or before ***March 27, 2008*** updating the Court on the waiver eligibility determination.

4. The Clerk is directed to mail this order to Defendant at 843 7th Street, Imperial Beach, California, 91932.

**DONE AND ORDERED** this twenty-fifth day of February, 2008.

s/ Stephan P. Mickle
Stephan P. Mickle
United States District Judge